UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHANNON B. WRIGHT,

    Petitioner,

v.                                           Case No.   8:22-cv-1020-WFJ-AAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

Petitioner filed a petition for the writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1). Upon review of the petition and taking judicial notice of other actions filed by Petitioner in this Court, *see* Fed.R.Evid. 201, Petitioner has a petition for the writ of habeas corpus pending in another case in this Court that challenges the same convictions Petitioner challenges here.

Petitioner may not simultaneously litigate duplicative suits in two cases in this Court. Therefore, because Petitioner first filed his petition in Case No. 8:21-cv-2741-TPB-SPF (M.D.Fla.), the petition in this action will be dismissed. *See Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 39 (2d Cir. 2000) (where actions are identical "simple dismissal of the second suit is [a] common disposition because plaintiffs have no right to maintain two actions on the same subject in the same court, against the

1

same defendant at the same time").

Accordingly, the petition (Doc. 1) is **DISMISSED** without prejudice to Petitioner pursuing his challenge to his convictions in Case No. 8:21-cv-2741-TPB-SPF (M.D.Fla.). The Clerk must **FILE** the petition in this case (Doc. 1) in *Wright v. Sec'y, Dep't. of Corrections*, Case No. 8:21-cv-2741-TPB-SPF (M.D.Fla.), docket the petition as Petitioner's amended petition, and **CLOSE** this case.

**ORDERED** in Tampa, Florida on May 18, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: *Pro se* Petitioner

2